PROB 12C
(6/16)

Report Date: March 16, 2021

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 16, 2021**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Guadalupe Meraz | Case Number: 0980 1:18CR02063-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr. U.S. District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: June 8, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 7, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being arrested for second degree theft on March 14, 2021, Grandview Police Department case number 21G0213.

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On March 13, 2021, at approximately 3:56 p.m., a Grandview police officer was dispatched to the area of the Granger Travel Plaza, at 1221 Bailey Avenue in the City of Granger, in reference to a theft call. Dispatch advised the reporting party stated someone had stolen tools out of his trailer.

The officer arrived on the scene and contacted the reporting party (RP). The RP informed the officer that he and his son were at the travel plaza working on landscaping. The RP said he had parked his truck and his trailer at the back Southeast section of the parking lot. The RP said he had left his trailer gate down to access his tools while he was working.

The RP said he and his son began to work, and while they were working, someone came to their trailer and took an orange Stihl leaf blower ($649.99) and an orange Stihl brush cutter ($410.00) from his trailer. The RP said after he had found out that someone had taken his tools, he went inside the travel plaza and asked to see their security footage.

The RP said an employee at the travel plaza allowed him to watch the security footage, and he saw a black passenger car pull up to his trailer. The RP further told the officer the tools were just in the back of the trailer, and they were not secured but were there before the black car pulled up alongside his trailer. The officer then contacted the same employee and asked to see the security footage of the incident.

Upon reviewing the security footage, the officer observed a black 2013 Mazda M3 bearing Washington license plate ALL1648 pull into the front parking lot. The vehicle was occupied by two female passengers and one male driver. The driver was later identified as Martin Meraz, the front seat passenger was identified as D.R., and the rear seat passenger in the vehicle was identified as K.

At approximately 1:40 p.m., Mr. Meraz dropped K off at the store's front door and then drove to the back parking lot of the business where the victim's trailer was located. Martin turned around in the parking lot and proceeded back to the front to pick K up.

Martin and K moved items from the car's rear seat and placed them in the trunk of the listed vehicle. At approximately 1:44 p.m., Martin, D.R.,and K left the front of the parking lot and drove back to the rear of the business. At approximately 1:45 p.m., Martin pulled alongside the victim's trailer, D.R. got out of the front passenger seat and grabbed the tools from the trailer. D.R. then placed the tools inside the car, and the vehicle drove away from the scene.

Based on the above facts and circumstances, the officer is requesting the charge of Second Degree Theft, in violation of Revised Code of Washington (RCW) 9A.56.040, through the Yakima County Superior Court for Martin Guadalupe Meraz.

On March 14, 2021, Mr. Meraz was booked into the Yakima County Jail with the aforementioned requested charge.

5    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Marez is considered to be in violation of his supervised release conditions by being issued a criminal citation for third degree driving while license suspended on December 23, 2020, Sunnyside Police Department case number 20S11584.

Prob12C
# Re: Meraz, Martin Guadalupe
**March 16, 2021**
**Page 3**

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On March 8, 2021, a criminal record check was conducted and revealed that Mr. Meraz has a pending citation for third degree driving while license suspended, Sunnyside Municipal Court case number XZ0891263. Mr. Meraz did not report this law enforcement contact.

On December 23, 2020, an officer with the Sunnyside Police Department was dispatched to a non-injury accident involving an ambulance and a passenger vehicle. Both vehicles were headed Northbound at the intersection of North Ninth Street and North Avenue on December 23, 2020, at approx. 5:47 a.m., in the City of Sunnyside.

Upon arrival, the officer observed the ambulance (VEH2) on North Avenue and a silver Jeep Commander (VEH1) damaged and sitting in the middle of the roadway blocking the road. The front of VEH1 was damaged with radiator fluid on the roadway. The rear of VEH 2 had been struck and there was damage to the box and rear step. The officer contacted the ambulance personnel who stated they were at the intersection heading to a call when VEH1 struck them from behind.

The officer contacted the driver of VEH1 who stated he looked down for a second and when he looked up, it was too late and he already struck the ambulance. There were no injuries stated at the time of the accident. The officer was not provided insurance for VEH1 but he was provided a Washington identification card for the driver, identified as Martin Meraz. The officer was provided documentation for VEH2.

A records return showed the driver status for the driver of VEH1 as third degree suspended. The driver of VEH 2 was clear with no warrants. It should be noted there was a passenger inside VEH 2 as they were headed to a medical emergency call at the time of the accident.

Mr. Meraz was cited for third degree driving while license suspended, criminal citation number XZ0891263.

Mr. Meraz' case was scheduled for an arraignment at the Sunnyside Municipal Court on March 23, 2021.

| | |
|---|---|
| 6 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Marez is considered to be in violation of his supervised release conditions by failing to follow instructions from his probation officer to report via video telephone call for a virtual home inspection on March 10, 2021.

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

Prob12C
**Re: Meraz, Martin Guadalupe**
**March 16, 2021**
Page 4

On March 10, 2021, this officer spoke with Mr. Meraz by telephone and instructed him to contact this officer once he arrived home to conduct a virtual home inspection to verify his living arrangements at his listed address 601 North Third Street, Grandview, Washington.

Mr. Meraz failed to contact this officer as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/16/2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

03/16/2021
Date