UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Meraz, Martin Guadalupe | Docket No. | 0980 1:18CR02063-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Release Pending Revocation Hearing**

    COMES NOW Arturo Santana, PROBATION and PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Martin Guadalupe Meraz, who was placed under supervision pending a revocation hearing by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 18th day of March 2021, under the following special conditions:

**Special Condition #7:** Defendant shall report to the United States Probation/Pretrial Services Office today, March 18, 2021, by 4:30 p.m. and provide a urinalysis sample.

**Special Condition #8:** Defendant shall submit to a substance abuse evaluation by Friday, March 19, 2021, and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. The waivers shall be provided to the Probation Office on Friday, March 19, 2021.

**Special Condition #9:** GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Meraz is alleged of being in violation of his release conditions by failing to report for urinalysis (UA) testing to the United States Probation/Pretrial Services Office by 4:30 p.m. on March 18, 2021.

On March 18, 2021, the release conditions were reviewed with Mr. Meraz via a telephone call. He acknowledged an understanding of his conditions, which included special condition number 7.

On March 18, 2021, at approximately 3 p.m., this officer spoke with Mr. Meraz on his cellular telephone. Mr. Meraz stated he would try to report to the Probation Office by 5 p.m. It was made clear to Mr. Meraz that he must report to the U.S. Probation/Pretrial Services Office by 4:30 p.m., and be ready to submit to UA testing.

Mr. Meraz did not report to the probation office as ordered.

**Violation #2**: Mr. Meraz is alleged of being in violation of his release conditions by failing to show up to his substance evaluation appointment on March 19, 2021.

On March 18, 2021, the release conditions were reviewed with Mr. Meraz via a telephone call. He acknowledged an understanding of his conditions, which included special condition number 8.

On March 17, 2021, Mr. Meraz reported he scheduled an appointment for March 19, 2021 at 10 a.m. at Innovation Resource Center to complete a substance abuse evaluation.

On March 19, 2021, this officer spoke with Marie Guerrero, the clinical director at Innovation Resource Center in Sunnyside, Washington, and she verified Mr. Meraz was a no show for his 10 a.m. appointment.

**Violation #3**: Mr. Meraz is alleged of being in violation of his release conditions by failing to report to the U.S. Probation/Pretrial Services Office for installation of location monitoring equipment as ordered by the Court on March 18, 2021.

On March 18, 2021, the release conditions were reviewed with Mr. Meraz via a telephone call. He acknowledged an understanding of his conditions, which included special condition number 9.

On March 18, 2021, at approximately 3 p.m., this officer spoke with Mr. Meraz on his cellular telephone. Mr. Meraz stated he would try to report to the Probation Office by 5 p.m. It was made clear to Mr. Meraz that he must report to the U.S. Probation/Pretrial Services Office by 4:30 p.m., and have his employment information available for location monitoring (LM) scheduling.

Mr. Meraz did not report to the probation office as ordered.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2021

by s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

3/19/2021

Date