PROB 12C
(6/16)

Report Date: April 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Guadalupe Meraz | Case Number: 0980 1:18CR02063-SMJ-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: August 1, 2019 | |
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal |
| | Date Supervision Commenced: June 8, 2020 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: June 7, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2021 and 03/16/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being issued a criminal citation for third degree driving while license suspended, Prosser Police Department report number 21-00727.<br><br>On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>Per the Prosser Police Department case number 21-00727, on March 19, 2021, at approximately 5:52 p.m., in the City of Prosser, officer Sparks was driving through the Prosser Rest Area. She observed a vehicle with expired tabs from March 2020. She observed the vehicle leave the rest area and head Westbound onto Wine Country Road. She followed the vehicle with a vehicle between her patrol car and the defendant's vehicle.  Just before she activated her patrol vehicle's emergency lights to get the vehicle driving between them to get it out of the way, she observed the suspect vehicle cut into a field running along the West side of Love's Truck Stop. She observed the vehicle heading toward Old Inland |

Prob12C
**Re: Meraz, Martin Guadalupe**
April 2, 2021
Page 2

Empire Highway (OIE). She activated her vehicle's emergency lights, got to OIE and Gap Road. She observed the vehicle come to the end of a driveway at the 200 block of OIE. She observed the driver look at her; then, put the vehicle in reverse. She pulled into the driveway and pursued the vehicle for approximately 150 yards until the driver decided to stop. While pursuing the vehicle, she observed the driver moving items around in the vehicle, including a plastic bag to the back seat. She had the driver (and sole occupant) at gunpoint and ordered the driver to put his hands on the steering wheel while waiting for backup to arrive. Once additional units arrived, she removed the driver from the vehicle. She identified the driver by his Washington State driver's license as Meraz, Martin G. DOB 05-25-1986. Meraz was detained in handcuffs and placed in the back seat of her patrol vehicle. She read Mr. Meraz his constitutional rights from her department issued card and he stated he understood them. Mr. Meraz stated that he had been moving a large hunting knife to the back seat of the vehicle, which she observed through the rear, passenger side window.

Officer Sparks ran a driver's check and the Washington State Department of Licensing confirmed Mr. Meraz' driving status was third degree suspended. It was also confirmed Mr. Meraz was on active federal probation. Mr. Meraz did not have insurance for the vehicle he was driving. Officer Sparks contacted the undersigned, who advised there was going to be a warrant for Mr. Meraz' arrest, but it was not in the system yet.

The defendant was given a citation for third degree driving while license suspended and no insurance; he was released to his girlfriend.

It should be noted officer Sparks informed this officer that Mr. Meraz had three used needles with residue on them. Additionally, Mr. Meraz was not charged with attempting to elude a police officer as Mr. Meraz decided to stop.

8      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being issued a criminal citation for no valid operators license without identification on March 21, 2021, Mabton Police Department case number 21B0142.

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

Per Mabton Police Department case number 21B0142, on March 21, 2021, at approximately 12:58 a.m., officer Martin was working uniformed patrol in a fully marked patrol vehicle in the City of Mabton. While on routine patrol, he observed the listed vehicle, Washington license plate number ALL1648, driving North on Vance and attempting to enter the Mabton Cemetery. Due to the Cemetery being closed after dark, it raised suspicion. A records check of the vehicle showed that the vehicle tabs were expired March 10, 2020.

The vehicle ended up entering the Cemetery and the officer initiated a traffic stop for the expired registration. The officer contacted the driver and he did not have any sort of identification, other than a Social Security card. The driver also did not have a registration for the vehicle or proof of insurance. A records check showed the driver was suspended. There were two passengers in the vehicle that were told they were free to leave and they

provided the officer their names voluntarily so the officer could verify their license statuses. Record checks showed both passengers as suspended.

Mr. Meraz was issued a criminal citation for Revised Code of Washington (RCW) 46.20.005, No Valid Operator's License Without Identification.

The officer issued Mr. Meraz a traffic citation for: RCW 46.16A.030.5 Failure to Renew Expired Registration Greater Than 2 months; RCW 46.30.020 Operating a Motor Vehicle Without Insurance; and RCW 46.16A.180.1 Failure to Sign/Carry/Display Vehicle Registration.

9  **Special Condition #14**: You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by associating with Humberto Flores (DOB: 03/02/1980), a criminal street gang member, without first obtaining permission of the probation officer on March 31, 2021.

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

Per the Granger Police Department incident report number 21G0282, on March 31, 2021, at approximately 5:47 p.m., officer Trejo observed the listed vehicle, a black Mazda 3 driving directly in front of him with expired tabs (March 2020) in the 19000 block of Yakima Valley Highway.

Officer Trejo activated his patrol vehicle's emergency lights and initiated a traffic stop on the listed vehicle. Once the vehicle came to a complete stop, he made contact with the driver now known to him as Martin Guadalupe Meraz (DOB 5/25/1986), and advised Mr. Meraz of the reason for the stop. Mr. Meraz stated he was just moving the vehicle and could not tell him when he picked up the vehicle nor where he was headed.

Officer Trejo requested Mr. Meraz to provide him with his driver's license, vehicle registration and proof of insurance. Mr. Meraz stated he did not have a license and that he was suspended. He stated he did not have the vehicle's registration nor proof of insurance. Mr. Meraz provided officer Trejo with his information verbally.

A driver and wants check showed Mr. Meraz' status was third degree suspended/revoked. Dispatch also advised he had a U.S. Marshal Service warrant which was confirmed. Once officer Medelez arrived to his location, officer Trejo advised Martin Meraz he was under arrest for the warrant. Mr. Meraz was placed in handcuffs which were checked for proper fitting and double locked.

The other two occupant in the vehicle were Humberto Flores and Danielle Riel (DOB: 10/05/1984).

Prob12C
**Re: Meraz, Martin Guadalupe**
**April 2, 2021**
**Page 4**

    This officer contacted the Washington State Department of Corrections (DOC) office that previously supervised Mr. Meraz and continues to supervise Mr. Flores. Mr. Flores had an active warrant for absconding from supervision at the time of law enforcement contact. Mr. Flores is documented by police and DOC as a criminal street gang member.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

          I declare under penalty of perjury that the foregoing is true and correct.

          Executed on: April 2, 2021

                s/Arturo Santana

                Arturo Santana
                U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

                Signature of Judicial Officer

                04/02/2021

                Date