PROB 12C
(6/16)

Report Date: September 15, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2021

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Guadalupe Meraz          Case Number: 0980 1:18CR02063-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District

Judge Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: June 8, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 7, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2021, 03/16/2021 and 04/02/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #2**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to follow his mental health treatment recommendations since on or about July 29, 2021.<br><br>On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 pandemic precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On July 29, 2021, Mr. Meraz completed a mental health evaluation at Comprehensive Healthcare (Comprehensive). Mr. Meraz was told he would be contacted to set up a schedule for his therapy sessions. The scheduling staff at Comprehensive could not make contact with Mr. Meraz as he did not report his updated telephone number. |

Prob12C
Re: Meraz, Martin Guadalupe
September 15, 2021
Page 2

As of the date of this report, the therapist has not made contact with Mr. Meraz, nor has Mr. Meraz made contact with his therapist; Mr. Meraz has failed to start his recommended mental health counseling program.

11  **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being terminated from his substance abuse counseling program on September 13, 2021.

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 pandemic precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On June 7, 2021, Mr. Meraz was admitted into an outpatient substance abuse treatment program at Comprehensive Healthcare (Comprehensive) in Sunnyside, Washington.

Mr. Meraz missed his treatment groups on August 24 and 31, 2021. This behavior continued and Mr. Meraz again missed his treatment groups on September 2 and 7, 2021.

On September 8, 2021, this officer met with Mr. Meraz at his employment site and reminded him that he needed to attend his treatment groups at Comprehensive in order to remain in compliance. Mr. Meraz was instructed to report to Comprehensive the following day for his treatment group.

On September 9, 2021, Mr. Meraz failed to report to Comprehensive for his treatment group.

On September 13, 2021, this officer spoke with Mr. Meraz about his failure to attend his required treatment groups. Mr. Meraz was instructed to contact his counselor at Comprehensive in hopes he could make arrangements and not be terminated from his treatment program. Mr. Meraz stated he would rather go to a different treatment provider.

On September 13, 2021, this officer spoke with Mr. Meraz' substance abuse counselor and he stated that Mr. Meraz had not contacted him and was terminated from treatment services at Comprehensive.

12  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for UA testing on August 30, 2021.

Prob12C
**Re: Meraz, Martin Guadalupe**
**September 15, 2021**
**Page 3**

On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 pandemic precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release.

On June 8, 2020, the substance abuse testing instructions were reviewed with Mr. Meraz. He verbally acknowledged his understanding of the testing program. On December 3, 2020, he was instructed to call the Merit color line system for the color brown. When his color brown was called, he was to report to Merit and submit to a drug screen.

On August 31, 2021, Merit reported Mr. Meraz failed to show up for random UA testing on August 30, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Meraz, Martin Guadalupe**
**September 15, 2021**
**Page 4**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

09/15/2021
Date