Report Date:  September 20, 2021

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Guadalupe Meraz | Case Number: 0980 1:18CR02063-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: June 8, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 7, 2023 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/26/2021, 03/16/2021, 04/02/2021, and 09/15/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) on September 16, 2021. |
| | On June 8, 2020, Mr. Meraz spoke with this officer upon his release from custody. Due to COVID-19 pandemic precautions, Mr. Meraz reviewed and verbally acknowledged his judgment and sentence, which outlined the conditions of his term of supervised release. |
| | On June 8, 2020, the substance abuse testing instructions were reviewed with Mr. Meraz. He verbally acknowledged his understanding of the testing program. On December 3, 2020, he was instructed to call the Merit color line system for the color brown. When his color brown was called, he was to report to Merit and submit to a drug screen. |

On September 17, 2021, Merit reported Mr. Meraz failed to show up for random UA testing on September 16, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 20, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

09/20/2021
Date