PROB 12C
(6/16)

Report Date: November 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Guadalupe Meraz   Case Number: 0980 1:18CR02063-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇, Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. Chief District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/23/2021) | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | To Be Assigned | Date Supervision Commenced: March 14, 2022 |
| Defense Attorney: | Alex B. Hernandez, III. | Date Supervision Expires: August 13, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On March 18, 2022, the supervised release conditions were reviewed and signed with Mr. Meraz.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being issued a criminal citation for third degree driving while license suspended, Sunnyside Police Department (SPD) report number 23S08701, dated October 20, 2023.<br><br>On Friday, October 20, 2023, at approximately 7:42 p.m., an officer with SPD was on his way to a suspicious call for service. The officer was driving south on Stackhouse Street and NW Crescent, when he observed a light colored van make a right hand turn onto Stackhouse from NW Crescent. As the vehicle turned, the officer noticed the front lens colors of the vehicle illuminated in red. The turn signal light was also red and flashing, in violation of Revised Code of Washington (RCW) 46.37.100. |

Prob12C
**Re: Meraz, Martin Guadalupe**
**November 22, 2023**
**Page 2**

The officer conducted a u-turn and got directly behind the vehicle. He activated his vehicle's emergency lights initiating a traffic stop on East Edison Avenue and South First Street. The vehicle was identified as a 2010 Chrysler Town and Country, bearing Washington license plate CHU5828. The officer approached the vehicle via the driver's side and saw it was occupied by a Hispanic adult male driver, a Hispanic adult female, and several children. The officer made contact with the driver and advised him of the reason for the stop. The officer requested his driver's license, registration, and proof of insurance. The driver immediately admitted he had a suspended license. He provided the officer with a Washington State identification card.

The officer identified the driver through his identification card as Martin Meraz. Mr. Meraz advised he was on federal probation. The officer conducted a record check of Mr. Meraz through his Mounted Data Computer and observed his driver status to be in fact, third degree suspended. The officer saw that Mr. Meraz was under federal probation but only contact with his probation officer was to be made if they had a concern about Mr. Meraz, which the officer did not.

The officer issued Mr. Meraz a criminal citation for driving while suspended. The officer re-contacted him and explained the citation to him. The officer provided a copy of the citation to Mr. Meraz and advised him to wait for his licensed driver to arrive. Mr. Meraz stated he would not drive any further. Mr. Meraz was cited and released.

Mr. Meraz is scheduled to be arraigned in Sunnyside Municipal Court on November 28, 2023.

2    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to notify his probation officer within 72 hours of being cited and released by the SPD on October 20, 2023, per report number 23S08701.

Please refer to the supporting evidence in violation 1 for details.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report to his probation officer since November 8, 2023.

On November 2, 2023, this officer attempted to contact Mr. Meraz at his last reported residence with no success. This officer's business card was left for Mr. Meraz.

On November 8, 2023, this officer conducted a home visit at Mr. Meraz' mother's home in attempt to locate him. This officer met with Mr. Meraz' mother and she stated to have spoken with him the day before. She stated to have asked Mr. Meraz if he had been reporting to his probation officer and Mr. Meraz told her he had reported to his probation officer. This officer let Mr. Meraz' mother know that he had not communicated with this officer since he was contacted by the SPD. Mr. Meraz' mother stated she would get a hold of Mr. Meraz on this date and tell him to contact this officer immediately.

Prob12C
Re: Meraz, Martin Guadalupe
November 22, 2023
Page 3

As of the date of this petition, Mr. Meraz has made no effort to contact his probation officer or the probation office. Mr. Meraz' whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 22, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/27/2023

Date