PROB 12C
(6/16)

Report Date: August 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Guadalupe Meraz | Case Number: 0980 1:18CR02063-SAB-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬ Sunnyside, Washington 98944 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/23/2021) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence: (05/08/2024) | Prison - 42 days<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: May 9, 2024 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 8, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On July 3, 2024, supervised release conditions were reviewed and signed by Mr. Meraz acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report to his probation officer since August 16, 2024. |

On August 1, 2024, this officer spoke with Mr. Meraz, via video telephone call, and instructed him to report in person to the probation office on August 16, 2024.

On August 16, 2024, Mr. Meraz failed to report to the probation office. This officer attempted to contact Mr. Meraz with no success and his whereabouts are unknown as of the date of this petition.

2   **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report a change of address since on or about August 4, 2024.

On August 14, 2024, this officer spoke with Grandview Police Department Detective Pierce, as he was following up on a child protective services referral regarding Mr. Meraz' children. The detective reported that in attempting to locate Mr. Meraz at his last known address, Silverstone Lite Motel, he was informed by the motel management that Mr. Meraz was evicted from the motel on August 4, 2024, and has not been living there since. This officer informed the detective that Mr. Meraz has failed to report a change of address and Mr. Meraz was expected to report to the probation office in person on August 16, 2024.

On August 16, 2024, Mr. Meraz failed to report to the probation office as previously instructed, nor has he reported a change of address as of the date of this petition.

3   **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to enter outpatient substance use treatment program since being discharged from inpatient treatment on June 12, 2023.

On July 3, 2024, in a continuing effort to collaborate with Mr. Meraz and provide him the best opportunity for a positive adjustment to reentering the community and stabilizing his housing, this officer instructed Mr. Meraz to obtain his substance use evaluation and follow treatment recommendations on or before August 1, 2024.

On August 1, 2024, this officer spoke with Mr. Meraz and discussed his treatment status. Mr. Meraz stated he had not completed a substance use evaluation nor contacted any treatment providers. This officer made it clear to Mr. Meraz that he was in noncompliance with his supervision conditions and encouraged him to engage in treatment services to mitigate his upcoming violation process. Mr. Meraz was instructed to report in person to the probation office on August 16, 2024, to discuss his treatment progress.

Prob12C
Re: Meraz, Martin Guadalupe
August 23, 2024
Page 3

On August 16, 2024, Mr. Meraz failed to report to the probation office. As of the date of this petition, Mr. Meraz has not provided any proof of re-engaging in substance use treatment services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 23, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Sestran* (signature)

Signature of Judicial Officer

8/26/2024

Date