PROB 12C  
(6/16)

Report Date: August 8, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. McAVOY, CLERK

ECF No. 183

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Guadalupe Meraz   Case Number: 0980 1:18CR02063-RLP-1

Address of Offender: ███████████, Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) and 924(a)(2) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/23/2021) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>(05/08/2024) | Prison - 42 days<br>TSR - 24 months | |
| Revocation Sentence:<br>(12/04/2024) | Prison - 78 days<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Bree R Black Horse | Date Supervision Commenced: December 10, 2024 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 9, 2026 |

---

### PETITIONING THE COURT

To issue a warrant.

On January 6, 2025, supervised release conditions were reviewed telephonically with Mr. Meraz while he was in an inpatient treatment program and he acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being cited for driving while license suspended on or about July 11, 2025. |

Prob12C
**Re: Meraz, Martin Guadalupe**
**August 8, 2025**
**Page 2**

Per Grandview Police Department report number 5A054162, dated July 11, 2025, at approximately 1950 hours, Officer Harkins was northbound on the 1000 block of Powell Road when he observed a vehicle traveling southbound toward him. The driver of the vehicle saw the officer and quickly tried to pull off the roadway. The officer recognized the driver as Martin Meraz, through his open window. Mr. Meraz tried to hide his face from the officer and got out of the vehicle, leaving it on the wrong side of the roadway partially and in the street.

Dispatch advised Mr. Meraz' license was suspended in the third degree (DWLS). Officer Harkins had previously stopped Mr. Meraz for DWLS, and gave him an infraction because he was on probation. The officer informed Mr. Meraz at that time if he caught him driving again, he would write him a citation.

Mr. Meraz eventually returned to his vehicle and the officer advised him he saw him driving and needed to see his registration and insurance. Mr. Meraz stated he did not have either in the vehicle. A referral to charge Mr. Meraz with third degree DWLS was made, and citations issued for no insurance and no registration. Officer Harkins spoke to Mr. Meraz' probation officer and advised him of the forthcoming charges.

2   **Standard Condition # 9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report law enforcement contact to his probation officer within 72 hours of the law enforcement contact on July 11, 2025.

On July 11, 2025, Mr. Meraz was contacted by a Grandview Police Department law enforcement officer, as aforementioned in violation number 1. Mr. Meraz failed to contact this officer and report this incident within 72 hours of having the contact.

3   **Standard Condition # 9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to report law enforcement contact to his probation officer within 72 hours of law enforcement contact on or about August 1, 2025.

On August 1, 2025, per traffic infraction number 5A0668511, Mr. Meraz was pulled over for speeding by the Washington State Patrol. Mr. Meraz was fined $181.

Mr. Meraz failed to report this incident to his probation officer.

4   **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by failing to enter outpatient substance use treatment program since being discharged from inpatient treatment on May 9, 2025.

On May 13, 2025, in a continuing effort to collaborate with Mr. Meraz and provide him the best opportunity for a positive adjustment to reentering the community and stabilizing his housing, this officer instructed Mr. Meraz to obtain his substance use evaluation and follow treatment recommendations on or before July 1, 2025.

On May 22, 2025, Mr. Meraz was asked about his progress with his treatment obligations. Mr. Meraz reported to have a substance use evaluation scheduled for May 27, 2025.

On June 12, 2025, this officer contacted Mr. Meraz for an update on his treatment status. Mr. Meraz stated he started working and had not completed his evaluation. He indicated he had a treatment appointment scheduled later that week. This officer asked Mr. Meraz to keep this officer updated.

On June 17, 2025, this officer contacted Mr. Meraz and asked him about his treatment status. Mr. Meraz stated he had an appointment scheduled for June 19, 2025.

On July 18, 2025, this officer contacted and instructed Mr. Meraz to report to the probation office for an update on his supervision status. Mr. Meraz stated he could not report to the probation office as he was working. This officer requested a pay stub from his employment. On August 1, 2025, this officer attempted to contact Mr. Meraz with no success. As of the date of this petition, Mr. Meraz has not provided any proof of following his recommended treatment program.

5    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised conditions by failing to report to his probation officer since August 7, 2025.

On August 1, 2025, this officer attempted to contact Mr. Meraz by calling his cellular telephone with no success. A voicemail message and a text message were delivered instructing Mr. Meraz to report to the probation office for urinalysis testing. No response was received.

On August 6, 2025, this officer conducted a visit to Mr. Meraz' residence and met with his mother. Mr. Meraz' mother did not know of Mr. Meraz' whereabouts or if he was employed. She stated Mr. Meraz was home the previous day. She was asked to let Mr. Meraz know of this officers attempts to contact him with no success and he needed to contact this officer no later than August 7, 2025. She stated she would let Mr. Meraz know.

As of the date of this petition, Mr. Meraz has not contact this officer nor reported to the probation office.

Prob12C

**Re: Meraz, Martin Guadalupe**
**August 8, 2025**
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 8, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

8/11/2025

Date