PROB 12C
(6/16)

Report Date: August 26, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2025

SEAN F. McAVOY, CLERK

ECF No. 186

| | |
|---|---|
| Name of Offender: Martin Guadalupe Meraz | Case Number: 0980 1:18CR02063-RLP-1 |
| Address of Offender: ███████████ Grandview, Washington 98930 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: August 1, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) and 924(a)(2) | |
| Original Sentence: | Prison - 28 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/23/2021) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>(05/08/2024) | Prison - 42 days<br>TSR - 24 months | |
| Revocation Sentence:<br>(12/04/2024) | Prison - 78 days<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Bree R Black Horse | Date Supervision Commenced: December 10, 2024 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 9, 2026 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition with the other violations pending before the Court submitted on August 8, 2025. A warrant was issued on August 11, 2025.

On January 6, 2025, supervised release conditions were reviewed telephonically with Mr. Meraz while he was in an inpatient treatment program and he acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Meraz is considered to be in violation of his supervised release conditions by being arrested and charged for resisting arrest on or about August 24, 2025. |

Prob12C
Re: Meraz, Martin Guadalupe
August 26, 2025
Page 2

Per Grandview Police Department report number 25V4249, on August 24, 2025, at approximately 1845 hours, Officer Harkins was attempting to locate Martin Meraz (05/25/1986), for a US Marshals warrant. The officer observed Mr. Meraz in the backyard of 1009 Powell and contacted him. The officer advised Mr. Meraz he had a warrant, and Mr. Meraz took off running. The officer gave chase and advised him he was under arrest.

Mr. Meraz continued running, then turned around and started yelling at the officer. The officer gave Mr. Meraz an opportunity to comply and told him to get on the ground. Mr. Meraz yelled "fuck you," and then continued running. The officer grabbed Mr. Meraz and wrapped him with both of his arms and they both went to the ground.

Mr. Meraz continued to resist as the officer got him into a position of advantage so he could be placed into handcuffs. Mr. Meraz was handcuffed and placed in a patrol car. He continued to be hostile to officer, kicking the patrol car and yelling obscenities at officer.

Mr. Meraz was transported to Sunnyside City Jail where he was booked for his federal warrant and for the charge of resisting arrest, Yakima County District Court case 5A0689889.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 26, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/27/2025
Date